Malik W. Ahmad, Esq.
LAW OFFICE OF MALIK W. AHMAD
Nevada Bar No. 10305
8072 W. Sahara Ave., Ste. A
Las Vegas, NV 89117
Tel: (702) 270-9100
Fax: (702) 233-9103
Email: Malik@lasvegaslawgroup.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BRIAN DAVID SHAPIRO, Trustee of the bankruptcy estate of Barbara Melinda Henson<br><br>　　　　　　Appellant,<br><br>vs.<br><br>Barbara Melinda Henson,<br>　　　　　　Appellee | Case No.: 2:10-cv-00726-APG-GWF<br><br>**MOTION TO WITHDRAW AS COUNSEL AND REMOVE NAME FROM E-FILING NOTIFICATIONS** |

COMES NOW, Malik W. Ahmad, the undersigned attorney of record for Appellee Barbara Melinda Henson ("Appellee"), and moves this Court for an Order granting leave to withdraw as counsel and remove his name from e-filing notifications for the Appellee. This Motion is based upon the pleadings and papers on file, the points and authorities, and any oral argument, which may be heard in this matter.

Submitted this 28th day of February, 2014.

　　　　　　　　　　　　　　　　　　　　　　　**Law Office of Malik W. Ahmad**

　　　　　　　　　　　　　　　　　　　　　　　/s/ Malik W. Ahmad
　　　　　　　　　　　　　　　　　　　　　　　MALIK W. AHMAD, ESQ.
　　　　　　　　　　　　　　　　　　　　　　　Nevada State Bar No.: 10305
　　　　　　　　　　　　　　　　　　　　　　　8072 West Sahara Avenue, Suite A
　　　　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89117
　　　　　　　　　　　　　　　　　　　　　　　Tel: 702.270.9100 | Fax: 702.233.9103

**Memorandum of Points and Authorities**

1. That this Motion is not filed for any improper purpose.

2. This counsel has not seen the Appellee for more than five years. This counsel does not represent the Appellee in any case pending anywhere.

3. This attorney was originally hired by the Appellee in reference to her bankruptcy Case No. 09-24347-lbr only.

4. The aforementioned case has been discharged through bankruptcy on 12/17/2009.

5. The last known address for Appellee is:

**Barbara M. Henson**
**9516 Wakashan Avenue**
**Las Vegas, NV 89149**

**WHEREFORE**, the undersigned prays:

1. That this Court enters an order allowing withdrawal herein;

2. For removal of his name from receiving any e-filing mail.

2. For such relief as the Court deems just and proper.

Dated this 28th day of February, 2014.

LAW OFFICE OF MALIK W. AHMAD

   /s/Malik W. Ahmad
Nevada State Bar No.: 10305
8072 West Sahara Avenue, Suite A
Las Vegas, Nevada 89117

**ORDER**

IT IS SO ORDERED ____March 18, 2014_____

_____
GEORGE FOLEY, JR.
United States Magistrate Judge

-2-